# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

**SEALED** 7/11/08

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

## SEARCH WARRANT

CASE NUMBER: **'08 MJ 2069**

The residence located at:

3257 Cristobal Way
Spring Valley, California 92977

TO: <u>Any Special Agent of the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Floyd Mohler of the ATF</u> who has reason to believe that on the on the person or on the premises known as (name, description and/or location)

**3257 Cristobal Way, Spring Valley, CA    See ATTACHMENT A**

in the ___SOUTHERN___ District of ___CALIFORNIA___ there is now concealed a certain person or property, namely (describe the person or property)

**the items specified in ATTACHMENT B**
which is the fruits, instrumentalities and evidence concerning a violation of Title 18 United States Code, Section(s) 922(a)(6), 922 (a)(3) and 924 (a)(1)(A).

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  July 18, 2008
                                                            Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to **WILLIAM McCURINE, JR.**
_____
U.S. Judge or Magistrate
as required by law.

7/8/08, 0923 hrs                                      at    San Diego, CA
Date and Time Issued                                        City and State

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**            /s/ W McCurine Jr.

Name and Title of Judicial Officer                Signature of Judicial Officer

AO 93 (Rev. 5/85)   Search Warrant

| **RETURN** | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate                Date

# DESCRIPTIONS OF THINGS TO BE SEARCHED

### The Premises

Address: 3257 Cristobal Way, Spring Valley, California 92977
including all outbuildings and appurtenances thereto
in the County of San Diego
in the Southern District of California

### The Premises' Physical Description

Residence: Single family detached
Single story
Construction type: stucco
Color: white with red brick trim and brown shingle roof
2-car attached garage
Outbuildings: unknown
Permanent Objects on or near Premises – 5' wooden fence surrounding the side and rear of residence.

The residence is located on the east side of Cristobal Way. The numbers "3257" appear in black numbers on the front of the house, to the right of the front door. The residence has a 2-car garage attached to the main structure. The roof is covered with brown shingles.

### Vehicles

Vehicles registered to Jesus Moore and vehicles present at the time of the search that are utilized by Jesus Moore or available to be used by Jesus Moore, specifically: a 1999 Toyota CA lic#4HCD445 (r/o Jesus Moore), a white Dodge Neon, CA license #4SQW298 (r/o Venus Melody Barnett at 3257 Cristobal Way) and a black Chevy Astrovan, CA license #5UKJ029 (r/o Melody Barnett at 3257 Cristobal Way).

### Person(s)

Jesus Moore, a black male born 7/15/80, approximately 6' 3" in height, 225lbs in weight, with brown eyes and black hair.

## ATTACHMENT B

## DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED

**FIREARMS**

Any and all firearms located on the premises or within any of the vehicles/vessels on the premises including all areas to be searched. Other items pertaining to the possession of firearms, including gun cases, new gun boxes, ammunition, ammunition magazines, holsters, spare parts for firearms, firearms cleaning equipment, photographs of firearms or of persons in possession of firearms, and receipts for the purchase and/or repair of all these items.

**RECORDS/DOCUMENTS**

The following; books, records, documents or photographs, whether contained on paper in handwritten, typed, photocopied or printed form or stored on computer printouts, magnetic tape, cassette, disk, diskette, photo-optical devices, photographic film or any other medium.

Description of Particular Records/Documents:

1.  **Indicia of Control of the Premises**

    Records that establish the persons who have control, possession, custody or dominion over the property and vehicles searched, and from which evidence is seized, such as: personal mail, checkbooks, personal identification, notes, other correspondence, utility bills, rent receipts, payment receipts, financial documents, pay and owe ledgers, passports, Immigration records, visa applications, Social Security records, Department of Motor Vehicle records, keys, photographs (developed or undeveloped), leases, mortgage bills, and vehicle registration information or ownership warranties, receipts for vehicle parts and repairs, telephone answering machine introductions, and fingerprints.