KAREN P. HEWITT
United States Attorney
FRED SHEPPARD
Assistant U.S. Attorney
California State Bar No. 250781
United States Courthouse
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7176
fred.sheppard@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
2008 JUL -8 AM 10:00
SEALED
BY _____ DEPUTY

'08 MJ 2069

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of<br><br>3257 Cristobal Way<br>Spring Valley, California 91977 | Case No.<br><br>ORDER SEALING SEARCH WARRANT AND APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |
|---|---|

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, a continuing criminal investigation;

IT IS HEREBY ORDERED that the application for search warrant with supporting documents, the application, and affidavit in support of the captioned matter, and this order be sealed until further order of this Court.

DATED: 7/8/08.

_____
WILLIAM McCURINE, Jr.
U.S. Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

_____
FRED SHEPPARD
Assistant U.S. Attorney