# UNITED STATES DISTRICT COURT

SEALED

SOUTHERN  DISTRICT OF  CALIFORNIA

2008 JUL -9 PM 2:32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

CASE NUMBER:

The residence located at:

3257 Cristobal Way
Spring Valley, California 92977

'08 MJ 2069

TO: **Any Special Agent of the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Special Agent Floyd Mohler of the ATF** who has reason to believe that on the on the person or on the premises known as (name, description and/or location)

**3257 Cristobal Way, Spring Valley, CA   See ATTACHMENT A**

in the  SOUTHERN  District of  CALIFORNIA  there is now concealed a certain person or property, namely (describe the person or property)

**the items specified in ATTACHMENT B**

which is the fruits, instrumentalities and evidence concerning a violation of Title 18 United States Code, Section(s) 922(a)(6), 922 (a)(3) and 924 (a)(1)(A).

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  July 18, 2008
                                                                                                                  Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to  WILLIAM McCURINE, JR.
                                                                            U.S. Judge or Magistrate
as required by law.

7/8/08, 0923 hrs                                                           at    San Diego, CA
Date and Time Issued                                                              City and State

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**

**ATTACHMENT A**

## DESCRIPTIONS OF THINGS TO BE SEARCHED

**The Premises**

Address: 3257 Cristobal Way, Spring Valley, California 92977
including all outbuildings and appurtenances thereto
in the County of San Diego
in the Southern District of California

**The Premises' Physical Description**

Residence: Single family detached
Single story
Construction type: stucco
Color: white with red brick trim and brown shingle roof
2-car attached garage
Outbuildings: unknown
Permanent Objects on or near Premises – 5' wooden fence surrounding the side and rear of residence.

The residence is located on the east side of Cristobal Way. The numbers "3257" appear in black numbers on the front of the house, to the right of the front door. The residence has a 2-car garage attached to the main structure. The roof is covered with brown shingles.

**Vehicles**

Vehicles registered to Jesus Moore and vehicles present at the time of the search that are utilized by Jesus Moore or available to be used by Jesus Moore, specifically: a 1999 Toyota CA lic#4HCD445 (r/o Jesus Moore), a white Dodge Neon, CA license #4SQW298 (r/o Venus Melody Barnett at 3257 Cristobal Way) and a black Chevy Astrovan, CA license #5UKJ029 (r/o Melody Barnett at 3257 Cristobal Way).

**Person(s)**

Jesus Moore, a black male born 7/15/80, approximately 6' 3" in height, 225lbs in weight, with brown eyes and black hair.



## ATTACHMENT B

## DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED

**FIREARMS**

Any and all firearms located on the premises or within any of the vehicles/vessels on the premises including all areas to be searched. Other items pertaining to the possession of firearms, including gun cases, new gun boxes, ammunition, ammunition magazines, holsters, spare parts for firearms, firearms cleaning equipment, photographs of firearms or of persons in possession of firearms, and receipts for the purchase and/or repair of all these items.

**RECORDS/DOCUMENTS**

The following; books, records, documents or photographs, whether contained on paper in handwritten, typed, photocopied or printed form or stored on computer printouts, magnetic tape, cassette, disk, diskette, photo-optical devices, photographic film or any other medium.

Description of Particular Records/Documents:

1.  **Indicia of Control of the Premises**

    Records that establish the persons who have control, possession, custody or dominion over the property and vehicles searched, and from which evidence is seized, such as: personal mail, checkbooks, personal identification, notes, other correspondence, utility bills, rent receipts, payment receipts, financial documents, pay and owe ledgers, passports, Immigration records, visa applications, Social Security records, Department of Motor Vehicle records, keys, photographs (developed or undeveloped), leases, mortgage bills, and vehicle registration information or ownership warranties, receipts for vehicle parts and repairs, telephone answering machine introductions, and fingerprints.

AO 93 (Rev. 5/85)   Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>7.8.08 | DATE AND TIME WARRANT EXECUTED<br>7.9.08  0700 am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>VENUS BARNETT |
| INVENTORY MADE IN THE PRESENCE OF<br>DEA SA Jim Higgins | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>SEE ATTACHED<br><br>[signature] 7.8.08 | | |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]  ATF

Subscribed, sworn to, and returned before me this date.

[signature] WMcCurine Jr.    7/9/08
U.S. Judge or Magistrate         Date

~~SUPERIOR COURT OF CALIFORNIA~~
~~COUNTY OF SAN DIEGO~~

COUNTY OF SAN DIEGO }ss.
STATE OF CALIFORNIA }

**RECEIPT AND INVENTORY**

WARRANT NO. **08-MJ-2069**
CASE NO. _____
_____
(name)

Receipt is hereby acknowledged, and the undersigned makes this inventory, of the following property and things seized by him/her this day in the search of the premises described in said warrant and taken pursuant thereto, to wit:

— THREE (3) PIECES OF MAIL ADDRESSED TO JESUS MOORE AT 3257 CRISTOBAL WAY

DATE: _____ TIME: _____
SIGNED: _____
DEPT./AGENCY: _____
ID NO.: _____

I, _____, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all property taken by me on the warrant.

Subscribed and sworn to before me

this _____ day of _____   _____
Officer Executing Search Warrant

_____
Magistrate/Judge

SDSC CRM-172[New 9-02]   **RECEIPT AND INVENTORY - SEARCH WARRANT**