```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ FRED SHEPPARD
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 250781
   │ United States Courthouse
 4 │ 880 Front Street, Room 6293
   │ San Diego, California 92101-8893
 5 │ Telephone: (619) 557-7176
   │ fred.sheppard@usdoj.gov
 6 │
   │ Attorneys for Plaintiff
 7 │ United States of America
```

FILED
2008 AUG 11 AM 8:46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of ) | Case No. 08MJ2069 |
| ) | |
| 3257 Cristobal Way ) | |
| Spring Valley, California 91977 ) | MOTION TO UNSEAL AND |
| ) | ORDER THEREON |
| _____ ) | |

    Upon motion of the UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Fred Sheppard, Assistant United States Attorney, hereby moves this Court to unseal the search warrant application and affidavit in the above-referenced case, sworn before the Court on July 8, 2008, so that the application and affidavit will be available to the defendant in United States v. Jesus James Edward Moore, III, 08MJ2081. Defendant Moore was a subject of the investigation described in the aforementioned application and affidavit.

DATED: August 5, 2008

                                             KAREN P. HEWITT
                                             United States Attorney

                                             /s/ Fred Sheppard
                                             Fred Sheppard
                                             Assistant U.S. Attorney

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the search warrant application and affidavit in Case No. 08MJ2069 be unsealed.

8/5/08
DATED

HONORABLE WILLIAM McCURINE, JR.
United States Magistrate Judge